UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA CHALAS,

                Plaintiff,

– against –

SONOMA CREAMERY, LLC,

                Defendant.

**ORDER**

22 Civ. 3952 (ER)

Ramos, D.J.:

      On May 15, 2022, plaintiff brought a complaint against Sonoma Creamery, LLC.  *See* Doc. 1.  Defendant was served on June 6, 2022 and required to answer by June 27, 2022.  *See* Doc. 5.  As of the date of this Order, defendant has not responded to the complaint.

      Plaintiff is therefore instructed to submit a status report by no later than July 20, 2022.  Failure to do so may result in a dismissal for failure to prosecute.

It is SO ORDERED.

Dated:    July 12, 2022
            New York, New York

                                                        EDGARDO RAMOS, U.S.D.J.